## SECOND DEPARTMENT, DECEMBER TERM, 1889.

on *O'Reilly* v. *City of Kingston* (114 N. Y., 440), without costs.

Nancy Ann Hilliard v. W. Martin Jones, Executor, Appellant, and others, Respondents. — Order affirmed on opinion of Rumsey, J., at Special Term, with ten dollars costs and disbursements.

Charles W. Clark, Respondent, v. Sarah E. Sullivan, Appellant.— Order reversed and motion denied, with ten dollars costs and disbursements. Opinion by Barker, P. J.

George C. Buell and others, Respondents, v. Benjamin F. Van Camp, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

George Mackey, Respondent, v. The Town of Locke, Appellant.— Order affirmed, with costs, and judgment ordered for the plaintiff on the verdict. Opinion by Macomber, J.; Dwight, J., not sitting.

Louis Griesheimer, assignee, etc., Appellant, v. Moses Tanenbaum and others, Respondents.— Judgment affirmed. Opinion by Barker, P. J.

The People of The State of New York ex rel. Orson T. Cook, Appellant, v. Samuel Smith, Respondent.— Order appealed from reversed and the relator discharged. Opinion by Dwight, J.

Eli White, Appellant, v. Merrick Sheldon, Respondent.— Judgment affirmed. Opinion by Macomber, J.

Bartholomew Fetes, Respondent, v. Adelaide Volmer and others, Appellants — Interlocutory judgment and order appealed from reversed, with costs to appellants to abide the final award of costs. Opinion by Dwight, J.

Spencer Kellogg and others, Respondents, v. George Farquhar and others, Appellants.— Judgment affirmed. Opinion by Macomber, J.

Albert E. Ogley, Appellant, v. William E. Miles and others, Respondents. Motion for new trial granted, with costs to abide event. Opinion by Dwight, J.

Albert L. Adams, Appellant, v. Asael B. Adams and others, Respondents.— Judgment affirmed, with costs. Opinion by Macomber, J.

In the Matter of the Drainage of Swamp Lands in the Town of Yates.— Order and judgment appealed from reversed, with costs to the appellant to be paid out of any funds in the hands of the commissioners applicable thereto. Opinion by Macomber, J.

Finney P. Sturdevant, Respondent, v. Patrick Riley, Appellant.— Judgment of the County Court and of the Justice reversed, with costs. Opinion by Dwight, J.

Sophia Boor, Appellant, v. Frederick Moschell, Respondent, Impleaded, etc.— Judgment reversed and new trial granted, with costs to abide the event. Opinion by Barker, P. J.; Macomber, J., not sitting.

Frederick Zimmer, Appellant, v. George Bantel and others, Respondents.— Judgment affirmed, with costs. Opinion by Dwight, J.

C. Frank Pitcher, Plaintiff, v. The Lake Shore and Michigan, Southern Railroad Company, Defendant.— Motion for a new trial granted, with costs to abide event. Opinion by Macomber, J.: Dwight, J., not voting.

In the Matter of the Final Accounting of Le Roy Parker, Assignee, etc., Appellant.— Decree or judgment of County Court modified by deducting the sum of $1,500 from the amount with which the assignee is charged as remaining in his hands, and as so modified affirmed, without costs of this appeal to either party. Opinion by Dwight, J.

Mary Culross, Appellant, v. Arthur J. Gibbons and others, Respondents.— Judgment affirmed on the opinion of Hon. James C. Smith, referee, with costs to the respondent Gibbons, to be paid by the present trustee out of any funds in his hands applicable to that purpose. Macomber, J., not voting.

In the Matter of the petition of John P. Bennett, Respondent v. Andrew F. Sheldon, County Treasurer of Wayne county, Appellant.—Order appealed from modified by striking out the provision as to costs, and as so modified affirmed, without costs to either party on opinion of Dwight, J., in last case. (Matter of the Petition of Francis A. Hill, Respondent v. Same Appellant.)

Michael Rehler, Respondent, v. The Western, New York and Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Dwight, J.

Mary Kiefer, Administratrix, etc., Respondent, v. The Grand Trunk Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Christina T. Davis, Appellant, v. Roxy A. Burrows and others, Respondents.— Judgment affirmed. Opinion by Dwight, J.

Ladwick H. Carter, Appellant, v. William Stevens, Respondent.— Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

In the Matter of the Revocation of Letters of Administration issued to John Gillingham.— Decree reversed, with costs, and the prayer of the petition granted. Opinion by Macomber, J.; order ito be settled by Macomber, J.

Ellen P. Howard, Respondent, v. The Masonic Guild and Mutual Benefit Association, Appellant.— Appeal not considered for the reason that the appeal book contains no certificate of the clerk of Cattaraugus county that the same contains a copy of the case, exceptions, judgment-roll or other papers filed in his office.

William M. Reigner, Respondent v. James Bryan, Appellant.— Judgment and order appealed from affirmed, with costs. Opinion by Macomber, J.

Charles H. Spaulding, Appellant, v. J. Wilson Cleghorn, Respondent.—Judgment and order reversed and new trial granted, with costs to abide the event. Opinion by Dwight, J.

The Kokomo Straw Board Company, Respondent, v. Louis Sachs, Appellant. — Judgment affirmed on the opinion of the referee.

Hannah L. Chadwick, Appellant, v. Franklin Warren, Respondent.—Judgment and order affirmed.

Louisa Doolittle, Respondent, v. Anna Stone, Administratrix, etc., Appellant. — Judgment reversed and new trial granted before another referee, with costs to the appellant to abide the final award of costs. Opinion by Barker, P. J.

---

## SECOND DEPARTMENT, DECEMBER TERM, 1889.

**Decisions handed down December 9, 1889.**

Helena Flint and others v. Richard George and others —Order affirmed, with costs. Opinion by Barnard, P. J. Dykman, J., not sitting.

Jane T. Rogers, Respondent, v. Henry Edmonds and another, Appellants.—Order affirmed, with costs and disbursements. Opinions by Pratt and Dykman, JJ.

Michael F. Maloy, Appellant, v. The Associated Lace Makers' Company and others, Respondents.—Order affirmed, without costs. Opinion by Pratt, J.; Dykman, J., not sitting.

John M. Canda and another, Respondents, .v.

Thomas H. Robbins, Appellant.— Order referring action affirmed, with costs. Opinion by Pratt, J.

John M. Canda and another, Respondents, v. Thomas H. Robbins, Appellant. — Order denying motion to vacate attachment affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Alfred L. Simonson v. Edward L. Schenck.— Affirmed for non-submission of papers according to order.

Thomas A. Fitzsimons, Respondent, v. James McConnell and another, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Julia A. Riley, Administratrix, Respondent, v. Henry Gitterman and another, Appellants.— Judgment affirmed, with costs. Opinion by Pratt, J.

Julia A. Riley, Administratrix, Respondent, v. Henry Gitterman and another, Appellants.— Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of Application of Rosanna F. Anable. Case A.

Matter of Application of Rosanna F. Anable. Case B.

Matter of Application of Eliphalet N. Anable.

Matter of Application of Trustees of Union College.

Matter of Application of James D. McMann.— Above five appeals abide result of Matter of Application of Flower, and each of the orders are reversed, with costs and disbursements and motion denied. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Pauline Webber, Respondent, v. Edward C. Hoag, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The Diamond Brick Company, Respondent, v. The New York Central, etc., Railroad Company, Appellant.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Clarence R. Conger, Respondent, v. John Treadway, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Clarence R. Conger, Appellant, v. Woolsey T. Weyant, Respondent.—Judgment for affirmance. Opinion by Pratt, J.; Dykman, J., not sitting.

Elizabeth Greenleaf and another, Respondents, v. The Brooklyn, Flatbush, etc., R. R. Co., Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., dissenting.

Frederic Dolle, Respondent, v. Clark D. Rhinehart, Sheriff, and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Abijah Weston and another, Respondents, v. Lorenz Reich, Appellant.— Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Charles L. Jessup, Respondent, v. John McGarry, Appellant. —Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Will of John W. Gillies, Deceased.— Order affirmed, with costs. Opinion by Barnard, P. J.

John Brown and another, Respondents, v. Ann Chubb and others, Appellants. — Judgment modified, without costs of appeal. Order to be settled by Pratt, J. Opinion by Pratt, J.

James S. Baker, Respondent, v. William H. Secor, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., not sitting.

D. W. Tallmadge, Respondent, v. The Press

Publishing Co., Appellant. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Martha A. Guion, Respondent, v. David T. Williams and others, Executors, Appellants.— Judgment, affirmed, with costs. Order granting allowance affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Adelia Cocks, Appellant, v. Daniel E. Haviland and others, Respondents.—Motion to dismiss appeal denied, with ten dollars costs. Part of decree which reduces annuity reversed, with costs to appellant out of the estate. Opinion by Barnard, P. J.

Benjamin Estes, Respondent, v. The St. Paul, etc, Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Mary Beadleston, Appellant, v. John B. Alley and another, Appellant; United States Trust Co., Respondent — Order reversed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., dissenting.

The People of the State of New York, Appellant, v. Alfred L Simonson and others, Respondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Evelina Banker, Appellant, v. James A. Fisher and others, Respondents.— Order refusing to allow exceptions and judgment affirmed, with costs. Opinion by Dykman, J.

Peter M. Wilson, Respondent, v. Annie F. Darragh and others, Appellants.— Judgment affirmed, with costs. Opinion by Pratt, J.

Annie F. Darragh, Respondent, v. Reuben Ross, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Alice Bartholomew, an Infant, etc., Respondent, v. The Poughkeepsie and Highland Ferry Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John Ganley, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Michael Hellwig, Respondent, v. John H. Blumenberg and another, Appellants.—Judgment affirmed, with costs. Opinion by Pratt, J.

Valeria P. Taylor, Respondent, v. Francis A. Taylor, Appellant.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Stephen B. M. Stokes, Respondent, v. Eleanor Ammerman and others, Appellants.—Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Louis Cordes, Respondent, v. Rosanna Kinney and others, Appellants.—Judgment affirmed, with costs. Opinion by Pratt, J.

Emma L. Greenhalgh, an Infant, etc., Respondent, v. Franz Marggraff, Apellant.—Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

The People of the State of New York ex rel. Thomas M. King, Respondent, v. Reon Barnes, Appellant.— Order and interlocutory orders affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The People of the State of New York ex rel. Thomas M. King, Respondent, v. Reon Barnes, Appellant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Wilhelmina Sterger, Appellant, v. J. Wyckoff Van Siclen, Respondent. –Judgment dismissing complaint affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York, Respondent, v. William Fitzgerald, Appellant.— Conviction and judgment reversed. Opinion by Barnard, P. J.

Theodore F. Jackson and others, Executors,

55h        605
Case 26
66 AD 372